AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| RACKEL BRATHWAITE,<br><br>*Plaintiff(s)*<br>v.<br>JAIME O'BRIEN, DAVID KINITSKY, SARAH BOLL, and ALEX JONES,<br><br>*Defendant(s)* | Civil Action No. 22cv3100 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    (See Attached Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eliseo Cabrera
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/26/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

## RIDER WITH ADDRESSES FOR ALL DEFENDANTS

SARAH BOLL

95-17 68th Avenue

Forest Hills, NY 11375


ALEX JONES

95-17 68th Avenue

Forest Hills, NY 11375


DAVID KINITSKY

6407 Chickadee Drive

Cheyenne, WY 82009


JAIME O'BRIEN

6407 Chickadee Drive

Cheyenne, WY 82009